UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEUNG HAN,<br><br>                Plaintiff,<br><br>    v.<br><br>PIERCE COUNTY, et al.,<br><br>                Defendants. | Case No. C23-5613-TSZ-SKV<br><br>ORDER GRANTING MOTION TO WAIVE PRISON TRUST ACCOUNT STATEMENT |

On July 10, 2023, Plaintiff moved to proceed *in forma pauperis* (IFP) in this action. Dkt. 1. That same day, the Court notified Plaintiff that his IFP application was deficient because it failed to include a certified copy of his prison trust account statement showing transactions for the last six months. Dkt. 3. The Court gave Plaintiff until August 9, 2023, to correct his application. *Id.*

Plaintiff now moves to waive the prison trust account statement requirement, alleging he has "consistently been trying to get [his] 6 month prison trust account statement from public disclosure but they are not granting [his] request." Dkt. 4. The Court, finding good cause, hereby GRANTS Plaintiff's motion and waives the prison trust account statement requirement for Plaintiff's IFP application.

ORDER GRANTING MOTION TO WAIVE
PRISON TRUST ACCOUNT STATEMENT - 1

The Clerk is directed to send copies of this order to the parties and to the Honorable Thomas S. Zilly.

Dated this 28th day of July, 2023.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING MOTION TO WAIVE
PRISON TRUST ACCOUNT STATEMENT - 2