1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6
7

8  SEUNG HAN,

9                              Plaintiff,        Case No. C23-5613-TSZ-SKV

10     v.

11 PIERCE COUNTY, *et al.*,                      ORDER TAKING PLAINTIFF'S
                                                 MOTION FOR APPOINTMENT OF
                                                 COUNSEL UNDER ADVISEMENT
12                             Defendants.

13

14    This is a civil rights action proceeding under 42 U.S.C. § 1983.  Plaintiff Seung Han is

15 currently in Washington Department of Corrections custody and is confined at the Washington

16 Corrections Center.  *See* Dkt. 12.  At the time Plaintiff filed this action, he was confined at the

17 Pierce County Jail.  *See* Dkt. 7 at 2.  Plaintiff has submitted to the Court for consideration a

18 motion for appointment of counsel.  Dkt. 17.  Defendants, who have appeared in this action, have

19 not responded in any fashion to the motion.  The Court, having reviewed Plaintiff's motion and

20 the balance of the record, hereby ORDERS as follows:

21    (1)  Plaintiff's motion for appointment of counsel (Dkt. 17) is taken under advisement

22 and is STRICKEN from the Court's calendar at this time.  Plaintiff seeks an Order directing that

23

counsel be appointed in this matter, asserting in support of his motion only that he "will face increasing challenges litigating and articulating his claims pro se." *Id*.

The instant action is one of a number of cases filed in recent months by Pierce County Jail inmates asserting claims concerning the plumbing and sewage system at the Jail. The Court has appointed counsel in one such case, *Wolfclan v. Washington State DSHS*, C23-5399-TSZ-SKV. The *Wolfclan* case was filed by another Pierce County Jail inmate, Echota C. Wolfclan, as a proposed class action. Mr. Han previously sought leave to be added as a Plaintiff in that action. *See Wolfclan*, C23-5399-TSZ-SKV, Dkt. 34. While it is unknown at this juncture whether Mr. Han will end up as a participant in the *Wolfclan* case, the Court deems it appropriate to defer it's ruling on Mr. Han's motion for appointment of counsel in the instant action until there is greater clarity surrounding the *Wolfclan* case and how it is likely to proceed.

(2)   The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable Thomas S. Zilly.

DATED this 14th day of December, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER TAKING PLAINTIFF'S
MOTION FOR APPOINTMENT OF
COUNSEL UNDER ADVISEMENT - 2